# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
    v. ) Case No: 2:10-cr-00339 FCD
)
CURTIS LEE SANDERS

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    ☒ Ad Prosequendum     ☐ Ad Testificandum.

Name of Detainee: **CURTIS LEE SANDERS**

Detained at (custodian): **Sacramento County Main Jail**

Detainee is: a.) ☒ charged in this district by:
    ☒ Indictment     ☐ Information     ☐ Complaint
    Charging Detainee With: **18 U.S.C. § 922(g)(1) - Felon in Possession of a Firearm**

or   b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will: a.) ☐ return to the custody of detaining facility upon termination of proceedings
or   b.) ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary forthwith in the Eastern District of California.*

Signature: /s/ Jill M. Thomas
Printed Name & Phone No: **JILL M. THOMAS (916) 554-2781**
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum     ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, *forthwith*, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

12/13/2010      /s/ Kendall J. Newman
Date      United States District/Magistrate Judge

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | | Male ☒ | Female ☐ |
| Booking or CDC #: | X-3232765 | DOB: | 09/09/1979 |
| Facility Address: | 651 I Street | Race: | |
| | Sacramento, California 95814 | FBI #: | |
| Facility Phone: | | | |
| Currently Incarcerated For: | PC 3056 - VIOLATION OF PAROLE | | |

**RETURN OF SERVICE**

Executed on _____ by _____ _____
    (Signature)

Form Crim-48      Revised 11/19/97