1 | DANIEL J. BRODERICK, Bar #89424
Federal Defender
2 | JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
3 | 801 I Street, 3rd Floor
Sacramento, California 95814
4 | Telephone: (916) 498-5700

5 | Attorney for Defendant
CURTIS SANDERS
6

7
IN THE UNITED STATES DISTRICT COURT
8
FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10

11 | UNITED STATES OF AMERICA,       ) No. 2:10-cr-0339 KJM
                                   )
12 |                   Plaintiff,   )
                                   ) STIPULATION AND ORDER CONTINUING
13 |       v.                       ) CASE
                                   )
14 | CURTIS SANDERS,                ) Date:  April 7, 2011
                                   ) Time:  10:00 a.m.
15 |                   Defendant.   ) Judge: Hon. Kimberly J. Mueller
                                   )
16 | _____ )

17 |       **IT IS HEREBY STIPULATED** by and between Assistant United States

18 | Attorney Jill Thomas, counsel for Plaintiff, and Assistant Federal

19 | Defender Jeffrey L. Staniels, counsel for Defendant that the above

20 | case, be dropped from this court's April 7, 2011. calendar, at the

21 | request of the defense, and be continued until April 28, 2011, at 10:00

22 | a.m.

23 |       **IT IS FURTHER STIPULATED** that time be excluded between April 7,

24 | 2011, through and including April 28, 2011, pursuant to 18 U.S.C. §

25 | 3161(h)(7)(A) & (B)(iv). Local Code T-4.

26 |       This Continuance is requested in order to further review discovery

27 | and sentencing issues with Mr. Sanders and confer on choices facing him

28 | as to how to proceed.

1        **IT IS SO STIPULATED.**

2

3    Dated:  April 5, 2011              /S/ Jill Thomas
                                        Jill Thomas
4                                       Assistant United States Attorney
                                        Counsel for Plaintiff
5

6    Dated:  April 5, 2011              /S/ Jeffrey L. Staniels
                                        Jeffrey L. Staniels
7                                       Assistant Federal Defender
                                        Counsel for Defendant
8                                       CURTIS SANDERS

9

10                             **O R D E R**

11

12       **IT IS SO ORDERED.**

13   Dated: April 6, 2011.

14                              _____
                                UNITED STATES DISTRICT JUDGE
15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation & Order
Continuing Case and Excluding Time       2