```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CURTIS SANDERS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 2:10-cr-00339 KJM |
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER CONTINUING |
| v. | ) CASE |
| | ) |
| CURTIS SANDERS, | ) Date:  April 28, 2011 |
| | ) Time:  10:00 a.m. |
| Defendant. | ) Judge: Hon. Kimberly J. Mueller |
| _____ | ) |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Jill Thomas, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant that the above case, be dropped from this court's April 28, 2011. calendar, at the request of the defense, and be continued until May 26, 2011, at 10:00 a.m.

**IT IS FURTHER STIPULATED** that time be excluded between April 28, 2011, through and including May 26, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv). Local Code T-4.

This Continuance is requested in order to further review sentencing issues with Mr. Sanders and confer on choices facing him as

1  to how to proceed.
2   **IT IS SO STIPULATED.**
3
4  Dated:  April 27, 2011   /S/ Jill Thomas
               Jill Thomas
5                 Assistant United States Attorney
               Counsel for Plaintiff
6
7  Dated:  April 27, 2011   /S/ Jeffrey L. Staniels
               Jeffrey L. Staniels
8                 Assistant Federal Defender
               Counsel for Defendant
9                 CURTIS SANDERS

           **O R D E R**

 **IT IS SO ORDERED.**

Dated: April 27, 2011.

           _____
           UNITED STATES DISTRICT JUDGE

2