1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  JEFFREY L. STANIELS, Bar #91413
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   CURTIS SANDERS
7

8
                  IN THE UNITED STATES DISTRICT COURT
9
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11

12  UNITED STATES OF AMERICA,      ) No. 2:10-cr-00339 KJM
                                   )
13                                 )
                    Plaintiff,     ) STIPULATION AND ORDER CONTINUING
14                                 ) CASE
                                   )
15       v.                        )
                                   )
16                                 ) Date:  May 26, 2011
    CURTIS SANDERS,                )
17                                 ) Time:  10:00 a.m.
                                   )
18                  Defendant.     ) Judge: Hon. Kimberly J. Mueller
                                   )
19  _____ )

20

21

22      **IT IS HEREBY STIPULATED** by and between Assistant United States

    Attorney Jill Thomas, counsel for Plaintiff, and Assistant Federal
23
    Defender Jeffrey L. Staniels, counsel for Defendant that the above
24
    case, be dropped from this court's May 26, 2011 and be continued until
25
    June 9, 2011, at 10:00 a.m. for entry of a change of plea.
26
        **IT IS FURTHER STIPULATED** that time be excluded between May 26,
27
    2011, through and including June 9, 2011, pursuant to 18 U.S.C. §
28

1    3161(h)(7)(A) & (B)(iv). Local Code T-4.

2       **IT IS SO STIPULATED.**

3

4    Dated:  May 24, 2011          /S/ Jill Thomas
                                           Jill Thomas

5                                                Assistant United States Attorney
                                               Counsel for Plaintiff

6

7    Dated:  May 24, 2011          /S/ Jeffrey L. Staniels
                                           Jeffrey L. Staniels

8                                                Assistant Federal Defender
                                               Counsel for Defendant

9                                                CURTIS SANDERS

10

11                                       **O R D E R**

12

13       **IT IS SO ORDERED.**

14    Dated:  May 25, 2011.

15                                  UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28